IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JIMMY LEE KROFT,**

    **Plaintiff,**

v.                                                            Case No. 1:24-cv-100-AW-ZCB

**OFFICER WALKER, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge has issued a report and recommendation concluding this case should be dismissed based on Plaintiff's failure to fully disclose his litigation history. ECF No. 10. Plaintiff has filed no objection to the report and recommendation.

Having considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(b) and 28 U.S.C. § 1915A(b)(1) based on Plaintiff's failure to disclose his litigation history, which constitutes malicious abuse of the judicial process." The clerk will then close the file.

SO ORDERED on October 24, 2024.

                                                   s/ *Allen Winsor*
                                                 United States District Judge